UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHARIF J. BRICKLE,

                    Plaintiff,

        -against-

STATE OF NEW YORK; BRONX FAMILY
COURT.,

                    Defendants.

26 CIVIL 00373 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the April 28, 2026, second order, the Court dismisses the amended complaint as barred by the Eleventh Amendment and for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state law claims Plaintiff may be asserting. See 28 U.S.C. § 1367(c)(3). The Court denies Plaintiff's Emergency Motion for Expedited Consideration and Speedy Relief as moot.

        SO ORDERED.

 Dated:    May 1, 2026
           New York, New York

                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge